725 A.2d 1121

IN THE MATTER OF PAUL A. DYKSTRA,
AN ATTORNEY AT LAW.

March 24, 1999.

## ORDER

The Disciplinary Review Board on December 31, 1998, having filed with the Court its decision concluding that **PAUL A. DYKSTRA** of **HASBROUCK HEIGHTS,** who was admitted to the bar of this State in 1973, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation);

And the Disciplinary Review Board having further concluded that on reinstatement to practice respondent should be required to practice under supervision for a period of two years;

And good cause appearing;

It is ORDERED that **PAUL A. DYKSTRA** is suspended from the practice of law for a period of three months, and until further Order of the Court, effective April 19, 1999; and it is further

ORDERED that on reinstatement to practice, respondent shall practice law under the supervision of a practicing attorney, approved by the Office of Attorney Ethics, for a period of two years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.